

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00361-CR

| | | |
|---|---|---|
| BENJAMIN MARTINEZ, Appellant | § | On Appeal from the 372nd District Court |
| | § | of Tarrant County (1484319D) |
| V. | § | April 11, 2019 |
| | § | Opinion by Chief Justice Sudderth |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
         Chief Justice Bonnie Sudderth